JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:26-cv-00220-SSS-BFM | Date | March 9, 2026 |
|---|---|---|---|

| Title | *Paramvir Fnu v. Warden of the Desert View Facility et al.* |
|---|---|

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER CLOSING CASE**

On February 13, 2026, the Court held a hearing on the Order to Show Cause as to why a preliminary injunction should not issue.  [Dkt. No. 16].  The Court received confirmation from counsel for Respondents that same day confirming Petitioner has been released from immigration custody.

As such, the Court finds the Petition for Writ of Habeas Corpus **MOOT**. The Clerk is directed to close the case.

**IT IS SO ORDERED**.